FILED
08 FEB -1 PH 3:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHA

Jane Rocio Evans, Plaintiff,
P.O. Box 424886
San Francisco, CA. 94142

vs.

Baker Places, Inc., Defendant(s).

CV 08 0776

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address  P.O. Box 424886
   City, State & Zip Code  San Francisco, CA. 94142
   Phone  (415) 336-3547

2. Defendant is located at:
   Address  600 Townsend Street, Suite 200E
   City, State & Zip Code  San Francisco, CA 94103

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. ✗ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

1      c. __ Failure to promote me.

2      d. ✓ Other acts as specified below.

3  On Sept 6, 2006, I received a notice of termination
4  letter in the mail from Defendant. The reason defendant
5  gave for my termination was because of insubordination
6  (unauthorized time off). Supervisor Richard Lovellel,
7  Caucasian, intentionally misrepresented facts to Human
8  Resources Director Mr. Lott and stated that I had gone on
   vacation for 2 days without telling him. He was lying
9    5.    Defendant's conduct is discriminatory with respect to the following: as I had

10      a. ✗ My race or color.     presented for

11      b. __ My religion.     work on those
                                                   2 days. He
12      c. __ My sex.     lied to get

13      d. __ My national origin.     me terminated,
                                                         in retaliation
14      e. __ Other as specified below.     for my having complained about
15      Ms. Mann.

16  6.    The basic facts surrounding my claim of discrimination are:

17  Co-worker Gabriel Robinson performed similar job
18  duties of Mental Health Rehabilitation Specialist
19  and was paid more than I was. He is Caucasian.
20  I was unable to obtain approval for leave while
21  other's outside my protected class (including Mr.
22  Robinson) were able to take leave. I complained
23  to my Supervisors about national origin harassment by
24  co-worker Charlene Mann. She yelled at me and I became
    Caucasian
25  extremely upset. Defendant took no action.
    7.    The alleged discrimination occurred on or about  5-21-2006 to present
26                                  (DATE)  date,
                                                                                2-1-08

27  8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)            - 2 -

| | |
|---|---|
| 1 | discriminatory conduct on or about  11-1-07 . |
| 2 | (DATE) |
| 3 | 9.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter |
| 4 | (copy attached), which was received by me on or about  11-6-07 . |
| 5 | (DATE) |
| 6 | 10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted: |
| 7 | Yes ✓   No ___ |
| 8 | 11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, |
| 9 | including injunctive orders, damages, costs, and attorney fees. |

DATED: 2/1/08

_Jane Rocio Evans, MFT_
SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION*

Jane Rocio Evans

*IS NOT REQUIRED.)*
PLAINTIFF'S NAME
(Printed or Typed)

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Jane R. Evans<br>P. O. Box #424886<br>San Francisco, CA 94142 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2007-02113 | Eric C. Darius,<br>Investigator | (415) 625-5670 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

H. Joan Ehrlich,
District Director

NOV - 5 2007
*(Date Mailed)*

Enclosures(s)

cc: BAKER PLACES INC
600 Townsend Street
San Francisco, CA 94103

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s).<br>550-2007-02113 |
|---|---|---|

California Department Of Fair Employment & Housing                and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jane Rocio Evans | | 05-26-1962 |

Street Address: P. O. Box #424886, San Francisco, CA 94142

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| BAKER PLACES INC | 500 or More | |

Street Address: 600 Townsend Street, San Francisco, CA 94103

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 09-06-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began working for Respondent May 21, 2006. My position was Counselor. My job duties encompassed those of a Mental Health Rehabilitation Specialist. My supervisors were Richard Lovellel, Director of Jo Ruffin Place and Ruby Reyes, Assistant Director of Jo Ruffin Place.

Gabe Robinson, Caucasian, similarly situated, was less experienced and paid more than I was. Credit for my intake was given to other individuals outside of my protected class. No other, non-Mexican had their intake credit taken away. I was given full schedules of treatment group meetings while other non-Mexican's were not given the same full schedules of treatment group meetings.

I was unable to obtain approval for leave while other's outside my protected class were able to take leave.

During June 2006, I complained to my supervisors about national origin harassment by a co-worker. Respondent took no action about my complaint.

On September 6, 2006, I received a notice of termination from Respondent. The reason Respondent gave for my termination was because of insubordination (unauthorized time off).

I believe I have been retaliated against because I participated in a protected activity.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

*Signature:* Jane Rocio Evans, MFT   11-1-07

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT



**U.S. Equal Employment Opportunity Commission**
**San Francisco District Office**

350 The Embarcadero
Suite 500
San Francisco, CA 94105
(415)625-5602
TTY (415) 625-5610
FAX (415) 625-5609
1-800-669-4000
866-408-8075

Respondent:     BAKER PLACES INC.
EEOC Charge No.:    550-2007-02113

November 5, 2007

Ms. Jane Rocio Evans
P.O. Box 424886
San Francisco, CA 94142

EEOC Number: 550-2007-02113

Ms. Evans:

Now that you have filed a charge with the U.S. Equal Employment Opportunity Commission (EEOC), it is important for you to understand some of our case processing procedures.

A copy of your charge will automatically be filed with the State of California, Department of Fair Employment and Housing. This is being done to protect your right to file a suit in state court, should you desire to do so at a later date. It is not necessary for you to contact the state agency. Because of the formal agreement between the EEOC and the state agency, the EEOC will be processing your charge. The state agency will not process it unless we request them to do so. This rarely happens, but, if it does, we will certainly let you know that we are transferring your charge to the state agency for processing.

In the interest of saving both your time and the time of the state agency, please do not contact that office either to file your charge or to inquire regarding it.

A copy of your charge will be served upon the Respondent within the time limitation set forth under both federal and state laws. In this instance, your charge will be served within ten (10) days following receipt of it by this office.

Finally, we suggest that you keep this notice and a copy of your charge for your records. Be sure to advise us of any change in your address or telephone number. Failure to do so could result in dismissal of your charge. Please use your charge number on all correspondence.

If you need further assistance, please contact Terry Knapp at (415) 625-5667.

Sincerely,
*Michelle L. Nardella*
Enforcement Manager

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Jane Rocio Evans

**DEFENDANTS**
Baker Places, Inc.

E-filing

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
San Francisco, CA.

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
P.O. Box 424886
San Francisco, CA. 94142

Attorneys (If Known)
San Francisco, CA.
Attorney Unknown

WHA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

ADR

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act |  | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
|  | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability |  | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability |  | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act |  | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [X] 442 Employment / **Habeas Corpus:** | [ ] 790 Other Labor Litigation |  | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 |  |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 550 Civil Rights | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 440 Other Civil Rights / [ ] 555 Prison Condition | [ ] 463 Habeas Corpus - Alien Detainee |  |  |
|  |  | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Employer violated Title VII Civil Rights with Termination, as well as wage Discrimination Law.

Brief description of cause:
Employer Termination was Racially Discriminatory. Co-Worker, male, White was paid more than I for similar Job Duties.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 90,000 Maximum amount that can be asked.
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE 8-1-08

SIGNATURE OF ATTORNEY OF RECORD
Jane Rocio Evans, MFT
J.R.E.

Jane Rocio Evans, MFT