7

FILED
08 FEB -1 PM 3:31

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

Jane Rocio Evans, Plaintiff,

vs.

Baker Places, Inc., Defendant.

CV NO. 08 0776

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jane Rocio Evans, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Around $3,685.38   Net: Around $2,789.51

Employer: Asian American Recovery Services
1115 Mission Road, South San Francisco, CA. 94080

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                - 1 -

1 | and wages per month which you received.
2 | June 29, 2007 – last employed.
3 | Gross Salary: around $3,685.38 ant
4 | Net Salary: around $2,789.51 ant
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.    Business, Profession or           Yes ✓ No ___
8 |         self employment?
9 |     b.    Income from stocks, bonds,        Yes ___ No ✓
10 |         or royalties?
11 |     c.    Rent payments?               Yes ___ No ✓
12 |     d.    Pensions, annuities, or           Yes ___ No ✓
13 |         life insurance payments?
14 |     e.    Federal or State welfare payments,    Yes ✓ No ___
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | I received Food Stamp EBT Benefit starting
20 | July 2007 – Nov 2007. Monthly EBT amount $146.00 I received
21 | about $15,052 in wages from Asian American Recovery Services and
22 | 3. Are you married?        Yes ___ No ✓ about $7,200 of
23 | Spouse's Full Name: _____ Benefit from Employment
24 | Spouse's Place of Employment: _____ Development Dept in 2007 –
25 | Spouse's Monthly Salary, Wages or Income: total about
26 | Gross $_____ Net $_____ $22,200.00
27 |                 in 2007.
28 | 4. a. List amount you contribute to your spouse's support: $_____
    b. List the persons other than your spouse who are dependent upon you for support
       and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)        - 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_Not Applicable_

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ___

Make _Not appliable_ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _Union Bank of California, 400 California St. San Francisco, CA._

Present balance(s): $ _0_

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ _Around $820.00_   Utilities: _None, Included in Rent_

Food: $ _200_   Clothing: _$30_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Not Applicable | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_I owe a student loan to SallieMal loan company, loan which is currently in Economic Hardship Deferment — owe about $70,000+ in student loans._

Form-Intake 3 (Rev. 4/05)   - 3 -

1
2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11   2-1-08                         Jone Rocio Evans, MFT
12        DATE                          SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Form-Intake 3 (Rev. 4/05)                - 4 -

```
SOCAL AUTHORIZATION CENTER  U061781              PERIOD ENDING   U24015852
PO BOX 19087                                                      90-1342
SAN BERNARDINO  CA  92423-9007                   4048             1211
                                                 DATE ISSUED  827
STATE OF CALIFORNIA                              09-02-07 A   01-02-08
BILL LOCKYER, TREASURER                          EMPLOYMENT DEVELOPMENT DEPARTMENT
                                                 VOID IF OVER $900, OR IF NOT CASHED
                                                 WITHIN 1 YEAR FROM DATE ISSUED
                                                                  $516.00**
PAY TO
THE ORDER OF:   **FIVE HUNDRED SIXTEEN DOLLARS************************

        ROCIO EVANS
        PO BOX 424886
        SAN FRANCISCO  CA  94142
                                                 [signature]
                                                 DIRECTOR
                                                 UNEMPLOYMENT INSURANCE ACCOUNT

"0827"  :121113423:  240158529"
```

2-1-08

Currently Receiving $516.00 every 2 weeks, only source of income at this time.

— Jane Rocio Evans MFH