IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE R EVANS,

    Plaintiff,

    v.

BAKER PLACES INC.,

    Defendant.

No. C 08-00776 WHA

**ORDER TO SHOW CAUSE**

Plaintiff failed to appear at the case management conference noticed for May 8, 2008, at 11:00 a.m. (No appearance has been made by any defendant.) Plaintiff is **ORDERED TO APPEAR** on **MAY 22, 2008, AT 11:00 A.M.** and **TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JANE R EVANS,

        Plaintiff,

v.

BAKER PLACES INC et al,

        Defendant.

Case Number: CV08-00776 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Dated: May 8, 2008

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk