IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE R EVANS,                                                              No. C 08-00776 WHA

       Plaintiff,

  v.                                                                                  **CLERK'S NOTICE
                                                                                      RESCHEDULING HEARING**
BAKER PLACES INC.,

       Defendant.
                                      /

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Order to Show Cause hearing previously set for May 22, 2008 at 11:00 a.m. has been rescheduled for **May 22, 2008 at 3:00 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  May 8, 2008                                                    FOR THE COURT,

                                                                      Richard W. Wieking, Clerk

                                                       By:_____
                                                          Dawn Toland
                                                         Courtroom Deputy to the
                                                         Honorable William Alsup

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JANE R EVANS,

         Plaintiff,

  v.

BAKER PLACES INC et al,

         Defendant.
                               /

Case Number: CV08-00776 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Dated: May 8, 2008

                                      Richard W. Wieking, Clerk
                                      By: Dawn Toland, Deputy Clerk