# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: May 8, 2008

Case No.  C 08-00776 WHA

Title: JANE R. EVANS v. BAKER PLACES, INC

Plaintiff Attorneys: N/A

Defense Attorneys: N/A

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

## PROCEEDINGS

1)   CMC - HELD

2)

Continued to __  for Further Case Management Conference

Continued to ___for Pretrial Conference

Continued to ___for Trial

**ORDERED AFTER HEARING:**

No one appeared.