May 15, 2008

Office of the Clerk, United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Regarding: Jane Rocio Evans vs. Baker Places, Inc.
Case Number: C 08-00776 WHA

    I am writing to state that the letter I recently received stating that I, as a plaintiff, failed to appear at the case management conference held on May 8, 2008 shocks me. I never received any letter whatsoever stating that I was ordered to appear on this date regarding Baker places. There is no way on earth that I would not have presented for this appointment, particularly given the amount of work I have been putting into this case. I have put many, many hours into this case, not only consulting with East bay legal Aid on several occasions, but spending hours giving affidavidts to the NLRB, San Francisco, regarding Baker Places, and meeting to consult with them. My good cause is that I never received this letter to appear.

    I am also requesting that I please be able to appear on May 22, 2008 at 11:00 a.m. as it is impossible for me to be able to appear on May 22 at 3:00 p.m., as I am scheduled at this very same Courthouse to appear regarding a case vs. Walden House, Inc. at 2:30 p.m. on May 22, 2008, and obviously cannot be in two places at once. I am sending a copy of my scheduled Walden House hearing with this letter, in order to verify this. I am submitting both this letter and the letter concerning Walden House at the Court House on this date, May 15, 2008 and will ask for a stamped copy of this to verify that I have submitted both of these documents.

    I am requesting that my session at 3:00 p.m. on this date thus be rescheduled, to another day. I also cannot make it Friday, May 23rd and May 29th, due to other Court appearances regarding employers. I am respectfully requesting that I be mailed another letter regarding the new rescheduled Hearing date.

Respectfully,

*Jane Rocio Evans, MFT*

Jane Rocio Evans,
Licensed Marriage, Family Therapist
P.O. Box 424886
San Francisco, CA 94142

**FILED**

APR 0 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE R EVANS, | |
| Plaintiff(s), | No. C 08-0894 PJH |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| WALDEN HOUSE INC., | [Reassigned Case] |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Phyllis J. Hamilton. It is hereby ordered, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on **May 22, 2008**, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Counsel shall meet and confer as required by Fed. R. Civ. P. 26(f) prior to the Case Management Conference with respect to those subjects set forth in Fed. R. Civ. P. 16(c). **Not less than seven (7) calendar days** before the conference, counsel shall file a joint case management statement addressing each of the items listed in the "Standing Order For All Judges of the Northern District -- Contents of Joint Case Management statement," which is attached to this order and can also be found on the court's website. A proposed order is not necessary. Following the conference, the court will enter its own Case Management and Pretrial Order. If any party is proceeding without counsel, separate statements may be filed by each party.

Each party shall appear personally or by counsel prepared to address all of the matters referred to in this Order and with authority to enter stipulations and make admissions pursuant to this Order. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause.