IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE R. EVANS,<br><br>    Plaintiff,<br><br>  v.<br><br>BAKER PLACES INC.,<br><br>    Defendant.<br>_____/ | No. C 08-00776 WHA<br><br>**AMENDED ORDER TO SHOW CAUSE** |

Plaintiff is **ORDERED TO APPEAR** on **MAY 22, 2008, AT** *1:00 P.M.* ("to accommodate her") and **TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated:  May 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE