IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE R. EVANS,

    Plaintiff,

  v.

BAKER PLACES INC.,

    Defendant.
                             /

No. C 08-00776 WHA

**ORDER RE PROPER SERVICE**

    Plaintiff Jane Evans must properly serve the summons and complaint upon defendant Baker Places, Inc., by **JUNE 19, 2008.** She must also file a proper proof of service of the summons and complaint by that date. If she fails to do so, the case will be dismissed.

    **IT IS SO ORDERED.**

Dated: May 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JANE R EVANS,

        Plaintiff,

  v.

BAKER PLACES INC et al,

        Defendant.
                           /

Case Number: CV08-00776 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Dated: May 23, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk