# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>May 22, 2008</u>

Case No.  <u>C 08-00776 WHA</u>

Title: <u>JANE R. EVANS</u> v. <u>BAKER PLACES</u>

Plaintiff Attorneys: Jane Rocio Evans

Defense Attorneys: N/A

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Jim Yeomans</u>

**PROCEEDINGS**

1)  <u>    Order to Show Cause - HELD                                        </u>

2)  <u>                                                                      </u>

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial


**ORDERED AFTER HEARING:**

Plaintiff shall have until 6/19/08 to serve the summons and complaint and file proof of service.  No further dates will be set now.