IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE R. EVANS,                                            No. C 08-00776 WHA

        Plaintiff,

  v.                                                          **ORDER DISMISSING CASE**

BAKER PLACES INC.,

        Defendant.

_____/

      Plaintiff was given until June 19, 2008, in which to properly serve the summons and

complaint on defendant on a case she filed February 1, 2008.  To date, she has failed to do so;

therefore, this case is **DISMISSED WITHOUT PREJUDICE**.  The Clerk shall **CLOSE** the file.

      **IT IS SO ORDERED.**

Dated:  November 24, 2008.

                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California